No. 90–5696. GILES v. GREEN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 90–5700. DYER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–5742. CARY v. ANHEUSER-BUSCH COS., INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–1876. FLORIDA v. JONES. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–20. HAWAII v. LINCOLN. Sup. Ct. Haw. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–1901. PRINCE EDWARD SCHOOL FOUNDATION v. HERMITAGE METHODIST HOMES OF VIRGINIA, INC. Sup. Ct. Va. Certiorari denied. JUSTICE MARSHALL took no part in the consideration or decision of this petition.*

No. 89–1988. BERKSHIRE GAS CO. ET AL. v. ASSOCIATED GAS DISTRIBUTORS ET AL.;
No. 89–1989. TENNESSEE SMALL GENERAL SERVICE CUSTOMER GROUP ET AL. v. ASSOCIATED GAS DISTRIBUTORS ET AL.;
No. 89–1990. TENNESSEE GAS PIPELINE CO. v. ASSOCIATED GAS DISTRIBUTORS ET AL.;
No. 89–2000. NATIONAL FUEL GAS SUPPLY CORP. v. ASSOCIATED GAS DISTRIBUTORS ET AL.; and
No. 89–2016. FEDERAL ENERGY REGULATORY COMMISSION v. ASSOCIATED GAS DISTRIBUTORS ET AL. C. A. D. C. Cir. Motion of Interstate Natural Gas Association for leave to file a brief as *amicus curiae* in No. 89–2016 granted. Certiorari denied. Reported below: 282 U. S. App. D. C. 142, 893 F. 2d 349.